JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BENNETT MELTZER, and individual, and SHAYNA STONE, an individual, <br><br> Plaintiffs, <br><br> v <br><br> STATE FARM GENERAL INSURANCE COMPANY, a California corporation; and Does 1 through 25, inclusive, <br><br> Defendants. | Case No.: 8:14-cv-01976-JVS (ANx) <br><br> [Orange County Superior Court Case No. 30-2014-00755534-CU-IC-CJC] <br><br> **FINAL JUDGMENT** <br><br> Date:         June 6, 2016 <br> Time:         1:30 p.m. <br> Courtroom:  10C <br> Judge:        Hon. James. V. Selna <br><br> Trial: September 27, 2016 <br> Complaint filed: November 12, 2015 |

The motion of Defendant State Farm General Insurance Company ("State Farm") for summary judgment came on regularly for hearing before this Court on June 6, 2016. After considering the moving papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT State Farm's motion for summary judgment is GRANTED in accordance with the Court's order dated January 6, 2016, Docket No. 39.

DATED: June 08, 2016        By:_____
                                              HONORABLE JAMES V. SELNA
                                              UNITED STATES DISTICT JUDGE